**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

***********************************
Robert R. Cushing, et al., *
*
Plaintiffs, *
v. * Case No. 1:21-cv-00147-LM
*
Sherman Packard, Speaker of the *
New Hampshire House of Representatives, *
*
Defendants. *
*
***********************************

**DEFENDANT'S WITNESS AND EXHIBIT LISTS**

Defendant intends to offer the following **Exhibits** at the hearing on February 19, 2021:

| Description | Smith Exhibit | Goulette Exhibit |
|---|---|---|
| Section 786, Mason's Manual of Legislative Procedure, 2020 Edition | A | |
| House Calendar for Tuesday, November 24, 2020, as published in the House Record, Vol. 43, No. 1 | | 1 |
| House Journal No. 1, for Wednesday, December 2, 2020, as published in the House Record, Vol. 43, No. 1 | B | 2 |
| Draft Minutes, House Rules Committee, Regular Meeting, December 16, 2020 | | 3 |
| House Journal No. 21, for Wednesday, January 6, 2020, as published in the House Record, Vol. 43, No. 2 | C | 4 |
| Memorandum, from Paul C. Smith, Clerk of the House, to Representative Sherman Packard, Speaker of the House, Dated February 14, 2021, Re: Remote Sessions and Mason's Manual | | 5 |

To the extent their declarations are not admitted as offers of proof, Defendant also intends to call the following **Witnesses** at the hearing on February 19, 2021:

1. Paul Smith, Clerk of the House
2. Aaron Goulette, Chief of Staff, Office of the Speaker

Defendant additionally reserves the right to call or re-call as witnesses each of the Individual Plaintiffs, to the extent their cross-examination is limited or they are not called as live witnesses during the plaintiffs' case-in-chief. Finally, Defendant reserves the right to call as rebuttal witnesses persons who are not here identified because their testimony cannot be reasonably anticipated at this time.

Respectfully submitted,

Sherman Packard, Speaker
of the New Hampshire House of Representatives

By his attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: February 18, 2021

/s/ Jennifer Ramsey
Jennifer S. Ramsey, Bar #268964
Assistant Attorney General
Civil Bureau
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301
(603) 271-1221
jennifer.s.ramsey@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent by ECF on February 18, 2021 to counsel of record. I further certify that additional service is being made on Attorney Paul Twomey by email to his regular email address, paultwomey@comcast.net.

/s/ Jennifer Ramsey
Jennifer Ramsey