UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Robert R. Cushing, et al.,              *
                                        *
            Plaintiffs,                 *
    v.                                  *   Case No. 1:21-cv-00147-LM
                                        *
Sherman Packard, Speaker of the         *
New Hampshire House of Representatives, *
                                        *
            Defendants.                 *
                                        *
*************************************
```

## PRETRIAL AGREEMENT

The parties hereby agree to the admission into evidence of the other's Declarations, the Exhibits to their Declarations, and the Appendices to the Complaint as offers of proof in lieu of live testimony, strictly for the purposes of the February 19, 2021, hearing on the plaintiff's emergency motion for temporary restraining order and/or preliminary injunction, without prejudice to their ability to make arguments concerning the relevance or weight to be given to the evidence as so admitted.

Respectfully Submitted,

REP. ROBERT "RENNY" CUSHING (INDIVIDUALLY AND IN HIS CAPACITY AS MINORITY LEADER OF THE NH HOUSE OF REPRESENTATIVES), REP. DAVID COTE, REP. KENDALL SNOW, REP. KATHERINE ROGERS, REP. PAUL BERCH, REP. DIANE LANGLEY, REP. CHARLOTTE DILORENZO

By and through their attorneys

| | |
|---|---|
| Date: February 18, 2021 | /s/ Paul Twomey<br>Paul Twomey, Esq., NH Bar No. 2589<br>P.O. Box 623<br>Epsom, NH 03234<br>(603) 568-3254<br>paultwomey@comcast.net |
| Date: February 18, 2021 | /s/ Israel Piedra<br>Israel F. Piedra, Esq., NH Bar No. 267568<br>Welts, White & Fontaine, PC<br>29 Factory Street<br>Nashua, NH 03060<br>(603) 883-0797<br>ipiedra@lawyersnh.com |

and

NEW HAMPSHIRE DEMOCRATIC PARTY

By and through its attorneys

| | |
|---|---|
| Date: February 18, 2021 | /s/ William Christie<br>William E. Christie, Esq., N.H. Bar No. 11255<br>S. Amy Spencer, Esq., N.H. Bar No. 266617<br>Shaheen & Gordon, PA<br>107 Storrs Street<br>PO Box 2703<br>Concord, NH 03302<br>(603) 225-7262<br>wchristie@shaheengordon.com<br>saspencer@shaheengordon.com |

and

                                                         SHERMAN PACKARD, SPEAKER OF THE
HOUSE OF REPRESENTATIVES

By and through his attorneys

Date: February 18, 2021           /s/ *Anthony J. Galdieri*
                                          Anthony J. Galdieri, N.H. Bar No. 18594
Daniel E. Will, N.H. Bar No. 12176
Samuel R. V. Garland, N.H. Bar No. 266273
Jennifer S. Ramsey, N.H. Bar No. 268964
New Hampshire Department of Justice
Civil Bureau
33 Capitol Street
Concord, NH 03301
(603) 271-3650
anthony.j.galdieri@doj.nh.gov
daniel.e.will@doj.nh.gov
samuel.rv.garland@doj.nh.gov
jennifer.s.ramsey@doj.nh.gov

Date: February 18, 2021           /s/ *James S. Cianci*
                                          James S. Cianci, N.H. Bar No. 14183
Legislative Branch
33 North State Street
Concord, NH 03301
(603) 271-3683
James.cianci@leg.state.nh.us

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2021, I electronically filed the foregoing with the United States District Court for the District of New Hampshire by using the CM/ECF system. I certify that counsel for Plaintiffs are registered as ECF users and that they will be served via the CM/ECF system. Attorney Paul Twomey is, however, temporarily unable to access the ECF system and will be served by email to his regular email address, paultwomey@comcast.net.

                                                /s/ *Anthony J. Galdieri*
                                              Anthony J. Galdieri