# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Rep. Robert "Renny" Cushing<br>Rep.  David Cote<br>Rep. Kendall Snow<br>Rep. Katherine Rogers<br>Rep. Paul Berch<br>Rep. Diane Langley<br>Rep. Charlotte DiLorenzo<br>New Hampshire Democratic Party<br><br>v.<br><br>Rep. Sherman Packard<br>Speaker of the NH House of Representatives<br>(in his official capacity only) | Civil Action No: 1:21-cv-00147 |

## EMERGENCY MOTION FOR EXPEDITED STATUS CONFERENCE

NOW COME the Plaintiffs in this matter, by their attorneys, and respectfully submit the following Emergency Motion for Expedited Status Conference in light of the First Circuit's Opinion in *Cushing v. Packard*, No. 21-1177 (Apr. 8, 2021).  In support thereof, Plaintiffs state as follows:

1.On February 15, 2021, Plaintiffs moved in this Court for a Temporary Restraining Order and/or Preliminary Injunction on an expedited basis.  (docket nos. 1 &2).

2.On February 18, 2021, Defendant filed its Objection, (docket no. 17), and on February 19, 2021, Plaintiffs filed their Reply, (docket no. 20).

3.This Court held a hearing via Zoom on Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction and ordered additional briefing on the issue of legislative immunity.

2

    4.       The Parties filed additional briefing on legislative immunity on February 20, 2021 (docket nos. 22, 23) and Proposed Findings and Rulings on February 21, 2021 (docket nos. 24, 25).

    5.       On February 22, 2021, the Court issued an Order denying Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction. (docket no. 26).

    6.       Plaintiffs filed a timely Notice of Appeal on March 2, 2021. (docket no. 27).

    7.       Plaintiffs requested expedited appellate review on March 5, 2021.

    8.       On March 8, 2021, the First Circuit issued an Order setting an expedited briefing and oral argument schedule.

    9.       The Parties fully briefed the legislative immunity issue for the Court, and the Court held oral argument on April 5, 2021.

    10.      On April 8, 2021, the First Circuit issued an Opinion holding that both Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act abrogate legislative immunity, vacating the February 22 Order, and remanding for this Court to consider Plaintiffs' substantive claims. (Apr. 8 Opinion at 11-14). The First Circuit also entered Judgment the same day. (Opinion and Judgment attached hereto as Ex. A for the Court's convenience).

    11.      Consequently, Plaintiffs respectfully move this Court for a status conference on Monday, April 12, 2021 to discuss the schedule for a further proceeding on Plaintiffs' Motion for Preliminary Injunction (or other relief) in accordance with the First Circuit's Opinion. The House has continued to hold sessions while the district court's order was in effect and the harm alleged in the Complaint continues unabated. Now that the district court's order has been reversed, Plaintiffs request immediate relief under the ADA and Rehabilitation Act.

12. Counsel for Plaintiffs has conferred with Counsel for Defendant who objects the relief sought herein.

13. Due to the nature of the relief sought, no memorandum of law is required. See Local Rule 7.1.

WHEREFORE, Plaintiffs respectfully request that the Court schedule a status conference for Monday, April 12, 2021, or as soon thereafter as the Court's schedule permits.

                                                Respectfully Submitted,

                                                NEW HAMPSHIRE DEMOCRATIC PARTY

                                                By its attorneys

Dated: April 9, 2021                    */s/ William E. Christie*
                                                William E. Christie, Esq., N.H. Bar No. 11255
                                                S. Amy Spencer, N.H. Bar No. 266617
                                                Shaheen & Gordon, PA
                                                107 Storrs Street
                                                PO Box 2703
                                                Concord, NH 03302
                                                (603) 225-7262
                                                wchristie@shaheengordon.com

                                                and

                                                REP. ROBERT "RENNY" CUSHING
                                                (INDIVIDUALLY AND IN HIS CAPACITY AS
                                                MINORITY LEADER OF THE NH HOUSE OF
                                                REPRESENTATIVES), REP. DAVID COTE,
                                                REP. KENDALL SNOW, REP. KATHERINE
                                                ROGERS, REP. PAUL BERCH, REP. DIANE
                                                LANGLEY, REP. CHARLOTTE DILORENZO

                                                By and through their attorneys

Date: April 9, 2021                     */s/ Israel Piedra*
                                                Israel F. Piedra, Esq., NH Bar No. 267568
                                                Welts, White & Fontaine, PC
                                                29 Factory Street
                                                Nashua, NH 03060

          (603) 883-0797
          ipiedra@lawyersnh.com

Date: April 9, 2021          */s/ Paul Twomey*
          Paul Twomey, Esq., NH Bar No. 2589
          P.O. Box 623
          Epsom, NH 03234
          paultwomey@comcast.net
          (603) 568-3254

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: April 9, 2021          */s/ William E. Christie*
          William E. Christie, #11255

4840-0813-3349, v. 2